IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY FIELDS, | No. 2:24-CV-1727-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| J. FERNALD, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's original complaint. See ECF No. 1.

For cases such as this, which are based on federal question jurisdiction, the federal venue statute requires that the action be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. See 28 U.S.C. § 1391(b). Here, based on Plaintiff's allegation that Defendant is a correctional officer at California State Prison – Los Angeles County, the claim appear to have arisen in Los Angeles County, which is within the boundaries of the United States District Court for the Central District of California. Therefore, the Court finds that this action most appropriately proceeds in that

1 | district. In the interest of justice, the Court will transfer this case. See 28 U.S.C. § 1406(a).

2 |     Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the

3 | United States District Court for the Central District of California.

5 | Dated: June 26, 2024

                DENNIS M. COTA
                UNITED STATES MAGISTRATE JUDGE