1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| COREY FIELDS,<br><br>        Plaintiff,<br><br>    v.<br><br>J. FERNALD,<br><br>        Defendant. | Case No. 2:24-cv-05487-SVW-MAA<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file herein including Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint ("SAC") ("Motion"), Plaintiff's Opposition to the Motion ("Opposition"), Defendant's Reply in Support of the Motion ("Reply"), the Report and Recommendation of United States Magistrate Judge ("R&R"), and Plaintiff's Objection to the R&R ("Objection").  (SAC, ECF No. 15; Mot., ECF No. 24; Opp'n, ECF No. 27; Reply, ECF No. 26; R&R, ECF No. 29; Obj., ECF No. 30.)

      As required by Federal Rule of Civil Procedure 72(b)(3), the Court has engaged in de novo review of the portions of the R&R to which Plaintiff specifically has objected.  The Objection lacks merit for the reasons stated in the R&R.  The Court finds no defect of law, fact, or logic in the R&R.  The Court

concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge, and overrules the Objection.

**IT THEREFORE IS ORDERED** that:

(1) The R&R is **ACCEPTED**;

(2) The Motion is **DENIED** as to Plaintiff's Eighth Amendment claim;

(3) The Motion is **GRANTED** as to Plaintiff's Fourteenth Amendment; and

(4) Plaintiff's Fourteenth Amendment claim is **DISMISSED** with prejudice.

DATED: November 17, 2025

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

2